In the Matter of RICHARD A. WALLACE, Appellant, against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.

Submitted March 15, 1937; decided March 23, 1937.

636

*Paul Windels, Corporation Counsel* (*Elizabeth Rogers Horan* of counsel), for motion.

*Roy P. Monahan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.